1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JS-6

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

OSCAR MAGALLANES,

            Plaintiff,

      v.

DEL TACO LLC;
KIRSTEN WAGNER, as Trustee of
   the Kirsten Wagner Trust; and
DOES 1 to 10,

            Defendants.

Case No. 8:24-cv-02788-JWH-ADSx

**JUDGMENT**

Pursuant to the Scheduling Notice and Order [ECF No. 13] entered on or about February 18, 2025, and in accordance with Rules 41(b) and 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1.      This action, including all claims asserted herein, is **DISMISSED**.

2.      To the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated:   March 19, 2025

John W. Holcomb
UNITED STATES DISTRICT JUDGE